

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

**GREG ABBOT ATTORNEY GENERAL FOR THE STATE OF TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On November 18, 2014, we issued an order explaining that the document appellant filed purporting to be a notice of appeal was defective and directing appellant to file a notice of appeal that complied with Texas Rule of Appellate Procedure 25.1(d) no later than thirty days from the date of our order. On December 15, 2014, appellant filed a notice of appeal that complies with Rule 25.1(d). *See* TEX. R. APP. P. 25.1(d).

On December 3, 2014, the trial court signed an order sustaining a contest to appellant's affidavit of indigence. To date, neither the clerk's record nor the reporter's record for this appeal have been filed in this court.[1] **We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that the fee for the clerk's record has been paid or arrangements have been made to pay the fee for the clerk's record. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution.** *See* TEX. R. APP. P. 37.3(b).

_____
Karen Angelini, Justice

---

[1]Only a limited clerk's record and reporter's record pertaining to the contest have been filed in this court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.



Keith E. Hottle
Clerk of Court